1
2
3
4
5
6
7                             UNITED STATES DISTRICT COURT

8                            EASTERN DISTRICT OF CALIFORNIA

9

10   LACEY RECINOS, OSCAR RECINOS ,          Case No.   1:23-cv-01362-ADA-EPG

11            Plaintiffs,                     ORDER GRANTING STIPULATION FOR
                                              DISMISSAL OF ACTION WITH PREJUDICE
12        v.
                                              (ECF No. 19)
13   STARBUCKS CORPORATION; PACTIV
     PACKAGING, INC.
14
              Defendants.
15

16
          On October 7, 2025, Plaintiffs Lacey and Oscar Recinos and Defendants Starbucks
17
     Corporation and Pactiv Packaging, Inc. filed a Stipulation of Dismissal. (ECF No. 19).  The
18
     parties stipulated that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), this action be
19
     dismissed with prejudice "as to all claims, causes of action, and parties with each party bearing
20
     that party's own attorney's fees and costs." (*Id.*).
21
          Accordingly, the stipulation for dismissal is GRANTED. This action has been terminated
22
     with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and each party shall bear their own costs
23
     and fees.
24   IT IS SO ORDERED.

25   Dated:   **October 8, 2025**                /s/ *Erin P. Groj*
26                                               UNITED STATES MAGISTRATE JUDGE

27

28
                                             1